ACCEPTED
03-14-00403-CR
6415852
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

## Linda Icenhauer-Ramirez

1103 Nueces, Austin, Texas 78701
Phone:  512-477-7991   Fax:   512-477-3580
E-Mail: ljir@aol.com

**Attorney and Counselor at Law**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/9/2015 4:02:05 PM
JEFFREY D. KYLE
Clerk

August 9, 2015

Mr. Jeffrey Kyle, Clerk
Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711

Re:  Robert Francis Ritz v. State of Texas
       Court of Appeals Cause No. 03-14-00403-CR
       Trial Court Cause No. CR-13-0253

Dear Mr. Kyle:

Please be advised that I will be appearing before the Court on September 23, 2015 at 9 a.m. to present oral argument in this case.   If you have any questions, please contact me.

Sincerely,

Linda Icenhauer-Ramirez

cc:  Mr. Brian Erskine, Asst. District Attorney
      Hays County District Attorney's Office
      712 South Stagecoach Trail, Suite 2057
      San Marcos, Texas 78666